[L. A. No. 7308. In Bank.—December 15, 1922.]

AMELIA   P.   TRIPP,   Respondent,   v.   E.   E.   TRIPP, Appellant.

[1] CONTEMPT — APPEAL. — An  order  adjudging  a  party  guilty  of contempt in refusing to make certain payments alleged to be due under the terms of a final decree of divorce is not appealable in view of section 1222 of the Code of Civil Procedure which makes orders in cases of contempt final and conclusive.

[2] ID.—ANNULMENT ON CERTIORARI—ESSENTIAL.—It is only when an order adjudging a party guilty of contempt is in excess of the jurisdiction of the court making it that it may be annulled on *certiorari.*

[3] ID.—CONSTRUCTION OF CODE.—Section 963 of the Code of Civil Procedure authorizing appeals from orders made after final judgment is general in character and is controlled by section 1222 of such code as to orders made in cases of contempt.

MOTION to dismiss an appeal from an order of the Superior Court of Los Angeles County.   Thomas O. Toland, Judge.   Granted.

The facts are stated in the opinion of the court.

D. Joseph Coyne and Joseph M. Suttner for Appellant.

Griffith Jones and John J. Craig for Respondent.

WASTE, J.—The defendant has attempted to appeal from an order adjudging him guilty of contempt of court in refusing to make certain payments alleged to be due under the terms of a final decree of divorce.

[1] The law does not authorize an appeal in such matters. It is expressly provided in section 1222 of the Code of Civil Procedure that "the judgment and orders of the court or judge, made in cases of contempt, are final and conclusive." [2] It is only when an order so made is in excess of the jurisdiction of the court making it that it may be annulled on *certiorari.* (*People* v. *Latimer,* 160 Cal. 716, 720 [117 Pac. 1051].)

[3] If it be contended that the order adjudging defendant guilty of contempt was one made after final judgment, from which an appeal may ordinarily be taken under section 963 of the Code of Civil Procedure, it is now settled that this provision is general in character, and is controlled by the special law contained in section 1222 of the Code of Civil Procedure, which makes a judgment of contempt final and conclusive, and, therefore, nonappealable. (*Gale* v. *Tuolumne Water Co.,* 169 Cal. 46, 51 [145 Pac. 532].)

The appeal is dismissed.

Sloane, J., Shurtleff, J., Lennon, J., Wilbur, J., Shaw, C. J., and Lawlor, J., concurred.